## STATE OF CONNECTICUT *v.* SCOTT WINER

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 99 Conn. App. 579 (AC 26554), is granted, limited to the following issue:

"Whether the Appellate Court properly determined that the defendant was entitled to a dismissal based upon its construction of General Statutes § 54-142a (c) and its review of the record in this case?"

The Supreme Court docket number is SC 17889.

*Lisa A. Riggione,* senior assistant state's attorney, in support of the petition.

*Deborah G. Stevenson,* special public defender, in opposition.

Decided April 12, 2007

## ERIC FLOYD *v.* COMMISSIONER OF CORRECTION

The petitioner Eric Floyd's petition for certification for appeal from the Appellate Court, 99 Conn. App. 526 (AC 26567), is denied.

*Diane Polan,* in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 12, 2007